UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IAN O. LEWIS,

        Plaintiff,

- against -

NATIONSTAR MORTGAGE LLC *et al.*,

        Defendants.
-----------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
18-CV-3015 (RRM) (CLP)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

        In a *sua sponte* report and recommendation dated April 16, 2019, (the "R&R"), Chief Magistrate Judge Cheryl Pollak recommended that the Court dismiss this action without prejudice for failure to prosecute. (R&R (Doc. No. 6).) Judge Pollak advised the parties that any objections to the R&R must be filed withing fourteen (14) of receipt of the R&R. (*Id.*) That same day, the Clerk of Court mailed a copy of the R&R to plaintiff at the address he provided to the Court. To date, neither party has filed an objection to the R&R.

        Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

        ORDERED that the R&R is adopted in its entirety and the Clerk of Court is respectfully directed to enter the judgment for defendants, to mail of copy of the judgment and this Order to plaintiff, to note the mailing on the docket sheet, and to close this case.

                              SO ORDERED.

Dated: Brooklyn, New York
       January 11, 2021

                              *Roslynn R. Mauskopf*
                              _____
                              ROSLYNN R. MAUSKOPF
                              Chief United States District Judge